1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9 JOHN LAPONTE,                                    No. CIV S-05-0996-GEB-CMK-P

10         Plaintiff,

11   vs.                                          FINDINGS AND RECOMMENDATIONS

12 J. DEFFENBAUGH, et al.,

13         Defendants.

14 _____/

15         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

16 to 42 U.S.C. § 1983.  This action proceeds on plaintiff's third amended complaint which names

17 the following four defendants:  Carey, Traquina, McIntyre, and Deffenbaugh.  On November 11,

18 2006, the court issued an order determining that service of the third amended complaint was

19 appropriate for defendants Traquina, McIntyre, and Deffenbaugh.[1]

20         Service was not deemed appropriate for defendant Carey because plaintiff's

21 vague and conclusory allegations failed to allege supervisory liability.  Although the court

22 advised plaintiff of the appropriate standards for alleging the liability of supervisory defendants,

23 such as defendant Carey, plaintiff neither objected to the court's November 11, 2006, order nor

24 sought to amend the complaint to state further allegations against defendant Carey.  Indeed, a

25

26  [1]     Defendants Deffenbaugh and Tranquina have appeared by way of their answer
filed on January 31, 2007.  Defendant McIntyre has not been served.

1

1  further review of the third amended complaint reveals that the allegations against defendant

2  Carey are based solely on his role as prison warden, and not because of any personal

3  involvement or knowledge of the alleged violations by other defendants.  Plaintiff alleges:

4              As the defendant(s) in this action as they are acting under the color of state
            law to deny inmate's dental care at (CSP) Solano and have been doing to
5              why'll under the direct service of the Costodian of the Prison:  Mr.
            Thomas L. Carey/Warden.  (SIC, emphasis in original).
6

7  The factual allegations in the complaint relate to those individuals who either directly

8  participated in plaintiff's dental treatment or had direct knowledge of plaintiff's dental problems.

9              Because it does not appear possible that the deficiencies identified herein can be

10  cured by amending the complaint, plaintiff is not entitled to leave to amend prior to dismissal of

11  defendant Carey.  See Lopez v. Smith, 203 F.3d 1122, 1126, 1131 (9th Cir. 2000) (en banc).

12              Based on the foregoing, the undersigned recommends that defendant Carey be

13  dismissed without prejudice.

14              These findings and recommendations are submitted to the United States District

15  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days

16  after being served with these findings and recommendations, any party may file written

17  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

18  Findings and Recommendations."  Failure to file objections within the specified time may waive

19  the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20

21  DATED:   June 4, 2007.

22

23                                    _____
                                  CRAIG M. KELLISON
24                                  UNITED STATES MAGISTRATE JUDGE

25

26

2