1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN LAPONTE,                              No. CIV S-05-0996-GEB-CMK-P

12              Plaintiff,

13        vs.                                   ORDER

14   TOM L. CAREY, et al.,

15              Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is defendants' motion for summary judgment

19   (Doc. 29) filed July 27, 2007.

20          Pursuant to the scheduling order signed February 7, 2007, a trial date was set for

21   February 5, 2008, with a pretrial conference on November 9, 2007 and pretrial statements due

22   October 26, 2007 and November 2, 2007.  Due to the submission of the motion for summary

23   judgment, the court, sua sponte, hereby vacates the pretrial conference and trial dates.  The

24   parties are also relieved of their duty to file pretrial statements.  If appropriate, the court will

25   issue a new scheduling order by separate order upon resolution of the motion for summary

26   judgment.

1    Accordingly, IT IS HEREBY ORDERED that the remaining dates in the

2  scheduling order (Doc. 20) are vacated.

3

4  DATED:   August 24, 2007.

5

6                                          _____
   **CRAIG M. KELLISON**
7   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26